UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Cram et al

    v.

                            Case No. 18-cv-394-LM

Burger King Corporation et al

JUDGMENT

Judgment is hereby entered in accordance with the following:

1) Stipulation of Dismissal of Houston Foods filed on July 24, 2018;

2) The Order by Chief Judge Landya B. McCafferty dated August 29, 2019; and

3) Stipulation of Dismissal filed October 18, 2019.

By the Court:

/s/ Daniel J. Lynch
Daniel J. Lynch
Clerk of Court

Date: October 24, 2019

cc:  Counsel of Record